No. 318, Misc. ALTRUDA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 324, Misc. NOLAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 326, Misc. LARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 327, Misc. MEIER *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. E. Douglas Schwantes* for respondents Querrey et al. ▮

No. 328, Misc. CATANZARO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Alan F. Leibowitz* for respondent. ▮

No. 329, Misc. LUCAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▮

No. 333, Misc. HARRIS *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 337, Misc. SMITH *v.* RYAN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* and *Rudolph Lion Zalowitz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for respondent.